JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| HOANG MINH LE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>HICKORY ONE, LTD. LP,<br><br>　　　　　Defendant. | Case No. EDCV 16-2532 JGB (DTBx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　Pursuant to the Order filed concurrently herewith, the Motion for Summary Judgement by Plaintiff Hoang Minh Le is GRANTED. Plaintiff is AWARDED $4,000.00 in statutory damages under the Unruh Civil Rights Act. Judgment is entered in favor of Plaintiff.

/ / /

/ / /

IT IS FURTHER ORDERED that Defendant provide accessible parking spaces at the property known as Church's Chicken, located at 1003 3rd Avenue, Chula Vista, California in accordance with the accessibility requirements of the Americans With Disabilities Act.

Dated: January 23, 2018

THE HONORABLE JESUS G. BERNAL
United States District Judge