ASCENSION LAW GROUP
PAMELA TSAO (SBN: 266734)
17802 Irvine Blvd
Suite 117
Tustin, CA 92780
PH: 714.783.4220
FAX: 888.505.1033
Pamela.Tsao@ascensionlawgroup.com

Attorneys for Plaintiff HOANG MINH LE

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOANG MINH LE, an individual<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>HICKORY ONE, LTD., LP, a Limited Partnership,<br><br>　　　　Defendants. | Case No.: 5:16-cv-2532-JGB (DTBx)<br><br>**AMENDED JUDGMENT** |

# AMENDED JUDGMENT

On January 23, 2018, the Court granted Plaintiff Hoang Minh Le's ("Le's") motion for summary judgment against Defendant HICKORY ONE, LTD., LP ("Defendant"), and awarded Le $4,000.00 in statutory damages. Thereafter on March 12, 2018, the Court granted Le's Motion for Attorney's Fees and Costs in part and awarded Le $15,300 in attorney's fees and $485 in costs.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. Defendant is ordered to pay Le $4,000.00 in statutory damages under the Unruh Civil Rights Act;

2. Defendant is ordered to provide accessible parking spaces at the property known as Church's Chicken, located at 1003 3rd Avenue, Chula Vista, California in accordance with the accessibility requirements of the Americans with Disabilities Act.

3. Defendant is ordered to pay Le $15,300.00 in attorney's fees and $485 in costs.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Court will retain jurisdiction to ensure compliance with this judgment.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the action be, and it hereby is, dismissed.

IT IS SO ORDERED.

Dated: May 15, 2018

HONORABLE JESUS G. BERNAL
United States District Judge